UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  vs.<br><br>LOREE A. LEE,<br><br>    Respondent.<br>_____ | Case No. CV 09-9517 DSF (OPx)<br><br>ORDER TO SHOW CAUSE |

Having considered the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

1

1   Therefore, **IT IS ORDERED** that Respondent appear before this District Court
2   of the United States for the Central District of California, in Courtroom No. 840,

3   ☐ United States Courthouse
4   312 North Spring Street, Los Angeles, California, 90012

5   ☒ Roybal Federal Building and United States Courthouse
6   255 E. Temple Street, Los Angeles, California, 90012

7   ☐ Ronald Reagan Federal Building and United States Courthouse
8   411 West Fourth Street, Santa Ana, California, 92701

9   ☐ Brown Federal Building and United States Courthouse
10  3470 Twelfth Street, Riverside, California, 92501

11  on _____**February 1**____, **2010**, at 1:30 p.m.,
12  and show cause why the testimony and production of books, papers, records, and other
13  data demanded in the subject Internal Revenue Service summonses should not be
14  compelled.

15  **IT IS FURTHER ORDERED** that copies of this Order, the Petition,
16  Memorandum of Points and Authorities, and accompanying Declaration be served
17  promptly upon Respondent by any employee of the Internal Revenue Service or the
18  United States Attorney's Office, by personal delivery or by certified mail.

19  **IT IS FURTHER ORDERED** that within 10 days after service on Respondent
20  of the herein described documents, Respondent shall file and serve a written response,
21  supported by appropriate sworn statements, as well as any desired motions.  If, prior
22  to the return date of this Order, Respondent files a response with the Court stating that
23  Respondent does not desire to oppose the relief sought in the Petition, nor wish to make
24  an appearance, then the appearance of Respondent at any hearing pursuant to this
25  Order to Show Cause is excused, and Respondent shall be deemed to have complied
26  with the requirements of this Order.

27  **IT IS FURTHER ORDERED** that all motions and issues raised by the
28  pleadings will be considered on the return date of this Order.  Only those issues raised

by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within 10 days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: January 7, 2010.

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE